IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD.<br><br>                              Plaintiff,<br><br>   v.<br><br>SEARS HOLDING CORPORATION and<br>JVC AMERICAS CORPORATION,<br><br>                          Defendants. | Civil Action No.: 11-cv-9029 |

**PLAINTIFF OPLUS TECHNOLOGIES, LTD. LOCAL
RULE 3.2 NOTICE AS TO AFFILIATES DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Oplus Technologies, Ltd., through its attorneys, declares that it is a corporation organized under the laws of Israel and has no publicly held affiliates.

                                                Respectfully submitted,

Dated: December 21, 2011                /s/ Raymond P. Niro
                                                Raymond P. Niro (rniro@nshn.com)
                                                Arthur A. Gasey (gasey@nshn.com)
                                                Paul C. Gibbons (gibbons@nshn.com)
                                                Niro, Haller & Niro
                                                181 West Madison St., Suite 4600
                                                Chicago, Illinois 60602
                                                (312) 236-0733
                                                Facsimile: (312) 236-3137